# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2014

## NO. 03-13-00079-CR

**David Michael Juarez, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 21ST DISTRICT COURT OF BASTROP COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment revoking community supervision signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction. Therefore, the Court modifies the trial court's judgment to remove the assessment of $400 in attorney's fees. The Court affirms the judgment as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.